UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE ROBINSON,

        Plaintiff,                               Case No. 2:23-cv-10255

v.                                               Honorable Susan K. DeClercq
                                                   United States District Judge

HOUCK and SCHATZ,

                                                   Honorable Anthony P. Patti
       Defendants.                        United States Magistrate Judge
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' MOTION TO DISMISS

On July 15, 2024, Magistrate Judge Anthony P. Patti issued a report recommending that this Court deny Defendants' motion for summary judgment. ECF No. 23. Judge Patti provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Patti's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 23, is **ADOPTED**. Further, it is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 15, is **DENIED**.

                                                                  */s/Susan K. DeClercq*
                                                                  SUSAN K. DeCLERCQ
                                                                  United States District Judge

Dated: 8/2/2024