UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE ROBINSON,

                    Plaintiff,                         Case No. 2:23-cv-10255

v.                                                     Honorable Susan K. DeClercq
                                                       United States District Judge
HOUCK, and SCHATZ,

                    Defendants.                        Honorable Anthony P. Patti
_____/              United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 33), DISMISSING CASE, AND DENYING AS MOOT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 30)**

On June 18, 2025, Magistrate Judge Anthony P. Patti issued a report recommending that this Court dismiss Plaintiff's case for failure to prosecute and deny as moot Defendants' motions for summary judgment. ECF No. 33. Judge Patti provided 14 days for objections to be field, but no party filed objections. All parties have therefore forfeited their right to appeal Judge Patti's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 33, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED** under Civil Rule 41(b) and Local Rule 42.1.

Further, it is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 30, is **DENIED AS MOOT**.

**This is a final order and closes the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 18, 2025